SMB



# UNITED STATES DISTRICT COURT

for the

____Northern District of Illinois____

____Eastern____ Division

OCT 23, 2023

RANDY HERMAN SWOPES

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Waukegan, ET AL., WAUKEGAN POLICE DEPT. TIMOTHY IVES, MICHAEL ZENONI, ANTHONY JOSEPH, BARRET MAYS, JAMES KEATING, JOE FLORRIP, JOSHUA AMANN

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 23 CV 5149
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
OCT 27 2023 JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AMENDED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Randy Herman Swopes | | |
| Address | 39565 N. Harmony Ct. | | |
| | Wadsworth | Il | 60083 |
| | *City* | *State* | *Zip Code* |
| County | Lake | | |
| Telephone Number | 12247152215 | | |
| E-Mail Address | swopesrandy996@gmail.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | Anthony Joseph | | |
| Job or Title *(if known)* | Lt. WPD | | |
| Address | 101 N. West St. | | |
| | Waukegan | Il | 60085 |
| | *City* | *State* | *Zip Code* |
| County | Lake | | |
| Telephone Number | Phone: 847-360-9000 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity ☐ Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | Barret Mays | | |
| Job or Title *(if known)* | Detective | | |
| Address | 101 N. West St. | | |
| | Waukegan | Il | 60085 |
| | *City* | *State* | *Zip Code* |
| County | Lake | | |
| Telephone Number | Phone: 847-360-9000 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity ☐ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

*City* *State* *Zip Code*

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Michael Zenoni
Job or Title *(if known)*: Officer
Address: 101 N. West St.
Waukegan (*City*) Il (*State*) 60085 (*Zip Code*)
County: Lake
Telephone Number: Phone: 847-360-9000
E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

Defendant No. 2

Name: Joe Florrip
Job or Title *(if known)*: Commander
Address: 101 N. West St.
Waukegan (*City*) IL (*State*) 60085 (*Zip Code*)
County: Lake
Telephone Number: Phone: 847-360-9000
E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

Defendant No. 5

| | | | |
|---|---|---|---|
| Name | James Keating | | |
| Job or Title *(if known)* | Detective | | |
| Address | 101 N. West St. | | |
| | Waukegan | Il | 60085 |
| | *City* | *State* | *Zip Code* |
| County | Lake | | |
| Telephone Number | Phone: 847-360-9000 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity ☐ Official capacity

Defendant No. 6

| | | | |
|---|---|---|---|
| Name | Timothy Ives | | |
| Job or Title *(if known)* | Detective (Ret.) | | |
| Address | 101 N. West | | |
| | Waukegan | Il | 60085 |
| | *City* | *State* | *Zip Code* |
| County | Lake | | |
| Telephone Number | Phone: 847-360-9000 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
-Civil Rights (Wrongful and Malicious Prosecution, Fabricating Evidence, False Material Declarations Made Before the Grandy Jury or Court:Fed. law, Failure to Intervene),- Constitutional Due Process and Equal Protection under the 4th Amendment (:Malicious Prosecution, Obstruction of Justice; Concealment of Exculpatory Evidence and False Arrest:Prior Contact with the LCSO: Sheriff, and Detective, Failure to Report to The Il. State Police, a sex act against a Child, as reported by Plaintiff)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 2-22-0295

B. Approximate date of filing lawsuit: Dec 1, 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______

D. List all defendants: ______

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 2nd Dist Appellate

F. Name of judge to whom case was assigned: ______

G. Basic claim made: False Material Declarations Made before the Grand Jury or Court

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): No Jurisdiction Appealed from 16CF1626

I. Approximate date of disposition: Feb 15, 2023

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant No. 7

| | |
|---|---|
| Name | Joshua Amann |
| Job or Title *(if known)* | Detective |
| Address | 101 N. West St. |
| | Waukegan (City) IL (State) 60085 (Zip Code) |
| County | Lake |
| Telephone Number | Phone: 847-360-9000 |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | City State Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

5A -As individual Police Officers of/for the Waukegan Police Department:Defendant1. Intentionally/other applicable state of mind SEE ATTACHED*, Defendant 2. acting or purporting to act in the performance of his nonbinary official duties*; Defendant 3's conduct violated my rights* 4. The plaintiff was harmed*; and 5. That Defendant'/s actions were/was a substantial factor in causing the plaintiff harm;

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At his residence in Waukegan: 218 Liberty St.;

B. What date and approximate time did the events giving rise to your claim(s) occur?

(1) On 7-17-18, approximately between 12 and 2pm;

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(1) On aforesaid: Officer Zemini 1st appeared at 218 Liberty & He informed the plaintiff that the WPD was informed of fighting in basement/wellness check; Due to food beigng brought to basement; The plaintiff explained his daughter was in basement and the Sheriff had been informed she was there, and the reason/necessity of such, being she could not be trusted upstairs (from previous behavior), to protect others/Family that had been harmed;

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

5A. The Officeerwas allowed to see my Daughter; upon which she informed him she was in the basement due to letting the grandparents in the home (when we were asleep), and had informed her parents of criminal behavior done by those that entered: (with) the grandparents; Zenoni was given E-MAILS to the sheriff, and his correspondence with the plaintiff and his Wife; Defendant (3) Lt. Joeseph was informed that we had communication with the Sheriff, he nor Officer Zenoni opened the emails to view any of the truths that had been established between the LCSO (Curran) and the Plaintiff; Lt. Joseph and all other Officers were inside the basement and questioned my Daughter as to if she was able to leave the basement, She informed them she could; The Consititutional and civil rights of the Plaintiff were violated in the fact that the WPD (3, 4, 5) Officers/Defendants manipulated/fabricated evidence intentionally/falsely and initiated a malicious/selective prosecution against the plaintiff in stating that she was locked in the basement or detained, contrary to truth;



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(2) Defendant Cmdr. Florrip defamed* the plaintiff stating that the plaintiffs told him their Daughter was demon possessed; None of these Officers contacted the IL. State Police according to law, in reporting the criminal activity the Plaintiff informed them of (sexual assault of a child / Ritualized Abuse) in the EVIDENCE they received; This evidence was concealed from the State, before any Charges were approved by them - that the Sheriff had been Contacted; The willful conduct is reflected in the false reports filed, and omission/s of fact given all WPD Officers; This behavior continued of ((6,7) Ives and Amann, being Ives was the sole witness in the Grand Jury after viewing 7-18-18 the interior locks and entering the Grand Jury making False Material Declarations in his claims She was "locked down in the base ment"; Det. Amann received the e-mails to the Sheriff in WHA, 8 days before Ives entered Aug 29th Grand Jury (as a Liason Officer) and did not intervene to stop what he knew/intentionally was wrong; These are constitutional violations of the plaintiffs civil rights, equal protection 14th Amendment rights under the color of law as WPD officers; Ives sat present to plaintiffs Daughter (LCAC) forensic interview (7-17-18)

[* In the Media (as report in LC News Sun / Sun Times) holds;]





[R Due Process / Equal Protection Violation]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

AND heard her twice say she could leave/get out of the basement; 5B

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive Investigation of the DOJ within the City of Waukegan's Police Department, to deter and remove those/the element of individuals and a/the culture within the/that department that has harmed my self/ Family within our lives and legal/ly(injury); Due to that Constitutional injury and depravation of Civil Liberty/Rights- incarcerated for over 5 Years, pain and suffering, divorce, loss of home, etc.; relief of 7 million dollars is sought

5C

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/20/2023

Signature of Plaintiff: Randy Y/X H Swopes D/A P.M.D.J.B.

Printed Name of Plaintiff: Randy Herman Swopes

### B. For Attorneys

Date of signing: 10/20/2023

Signature of Attorney: Randy Y/X H Swopes D/A

Printed Name of Attorney: RANDY HERMAN SWOPES

Bar Number: N/A

Name of Law Firm: IN PROPRIA PERSONA

Address: 39565 N. Harmony Ct.

| City | State | Zip Code |
|---|---|---|
| Wadsworth | Il | 60083 |

Telephone Number: 224 715-245

E-mail Address: swopesrandy996@gmail.com

RECEIVED

OCT 27 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

10/27/2023-1

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

R. H. Swopes
39565 N. Harmony Ct.
Wadsworth, IL.
60083







OFFICE OF THE CLERK OF THE
U.S. DISTRICT COURT
CORRESPONDENCE
219 SOUTH DEARBORN ST.
CHICAGO, IL 60604